# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1196

_____

James S. Carriere,                              *
                                                *
            Appellant,                          *
                                                *
      v.                                        *   Appeals from the United States
                                                *   District Court for the
John E. Potter, Postmaster General of           *   District of North Dakota.
the United States; National Association         *
of Letter Carriers, AFL-CIO,                    *   [UNPUBLISHED]
                                                *
            Appellees,                          *
                                                *

_____

No. 03-1198

_____

Randy J. Devitt,                                *
                                                *
            Appellant,                          *
                                                *
      v.                                        *
                                                *
John E. Potter, Postmaster General of           *
the United States; National Association         *
of Letter Carriers, AFL-CIO,                    *
                                                *
            Appellees.                          *

_____

Submitted:  December 5, 2003

Filed:  December 10, 2003
_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, postal workers James S. Carriere and Randy J. Devitt appeal the district court's[1] adverse grant of summary judgment in their employment-related actions against the postmaster general and their union.  Having carefully reviewed the record, see Jensen v. Henderson, 315 F.3d 854, 857 (8th Cir. 2002) (standard of review), we affirm for the reasons stated by the district court, see 8th Cir. R. 47B.

_____

_____

[1]The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.